Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3103

SYLVESTER E. HARDING,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

M. Jefferson Euchler, Law Office of M. Jefferson Euchler, of Virginia Beach, Virginia, argued for petitioner.

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Anuj Vohra, Trial Attorney. Also of counsel was Winnie J. Reaves, Office of Regional Counsel, United States Department of Veterans Affairs, of Winston-Salem, North Carolina.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3103

SYLVESTER E. HARDING,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DC0432080306-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   October 22, 2009          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk